# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**RONNIE DAVIS WALLS**                                              **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 5:06cv123DCB-MTP**

**CLIFFTON KAHOE, et al.**                                  **DEFENDANTS**

## ORDER

Before the court is plaintiff's letter motion to voluntarily dismiss [doc. 8] this civil action. Upon review of the motion submitted, this Court finds that the plaintiff's request to dismiss this civil action is well-taken and shall be granted.

Accordingly, the plaintiff's motion to voluntarily dismiss this cause is granted and this cause is hereby **dismissed** without prejudice.

**SO ORDERED** this the 11th day of October, 2006.

                                                   s/Michael T. Parker
                                                   UNITED STATES MAGISTRATE JUDGE